# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 17, 2012 |
| Court Reporter: Michelle Kirkpatrick | Time: 53 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

---

**CASE NO.  10-CR-00326-PAB-29**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Kasandra Carleton
                                               Special Agent Shane Messner


          Plaintiff,


vs.


**29.  MICHELLE VERSEMANN,**                   Marc Milavitz




          Defendant.

---

### SENTENCING

---

**2:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-29
July 17, 2012

Argument by Ms. Carleton in support of Government's Motion for Downward Departure.

Comments by Mr. Milavitz.

Court states its findings.

**ORDERED:**   Government's Motion for Downward Departure (Doc #2142) is **GRANTED**.

Defendant addresses the Court.

Argument by Mr. Milavitz in support of Defendant's Motion for Variant Sentence and comments addressing sentencing.

Ms. Carleton addresses sentencing.

Court states its findings.

**ORDERED:**   Defendant's Motion for Variant Sentence is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **August 4, 2012** to count **One of the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of **5** years.

**ORDERED:   Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
10-CR-00326-PAB-29
July 17, 2012

()     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:**   **Special Condition** of Probation are that:

(**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility (Doc #2140) is **GRANTED.**

**ORDERED:**    Government's Motion to Dismiss Counts One, Sixty-One, Sixty-Two and Sixty-Three (Doc #2141) is **GRANTED.**

**ORDERED:**    Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**    A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**3:26 p.m.**     **COURT IN RECESS**

**Total in court time:   53 minutes**

**Hearing concluded**